| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Simon, Michael H. | 2. Court or Organization U.S. District Court, Oregon | 3. Date of Report 04/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

1327 United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Classroom Law Project |
| 2. | Director | Oregon Law Institute |
| 3. | Member (minority interest; no control or managerial responsibility) | Innsmouth Partners, L.L.C. (motion picture production company based in Hillsboro, OR; holds no investments) |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Samuel French, Inc. (theatrical royalties for "The Odd Couple") | $17,781.00 |
| 2. 2014 | Tams-Witmark Music Library, Inc. (theatrical royalties for "Promises, Promises") | $384.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | U.S. House of Representatives (spouse's wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Israel Education Foundation (AIEF) | August 2-10, 2014 | Israel (Jerusalem, Tel Aviv, and Rosh Pina) | To educate members of Congress (my spouse) about the U.S.-Israel relationship | Transportation, lodging, food, tour guide, and security |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U S Bank NA (checking and savings) | A | Interest | N | T | | | | | |
| 2. OnPoint Community Credit Union (checking and savings) | A | Interest | K | T | | | | | |
| 3. Northwestern Mutual Life Ins. (whole life insurance cash value) | C | Dividend | M | T | | | | | |
| 4. Gold coins | | None | L | T | | | | | |
| 5. Innsmouth Partners, L.L.C. (Part VIII) | | None | J | U | | | | | |
| 6. Bonamici for Congress (spouse's loan to her campaign) (Part VIII) | | None | M | U | | | | | |
| 7. Vanguard Brokerage Account (H) | | | | | | | | | |
| 8. -- Vanguard 500 Index mut. fund | C | Dividend | M | T | Sold (part) | 06/13/14 | L | D | |
| 9. -- Vanguard Capital Opportunity mut. fund | C | Dividend | M | T | | | | | |
| 10. -- Vanguard Emerging Markets Stock Index mut. fund | B | Dividend | L | T | | | | | |
| 11. -- Vanguard Energy mut. fund | D | Dividend | L | T | | | | | |
| 12. -- Vanguard European Stock Index mut. fund | B | Dividend | L | T | | | | | |
| 13. -- Vanguard Global ex-U.S. Real Estate Index mut. fund | C | Dividend | M | T | | | | | |
| 14. -- Vanguard Health Care mut. fund | E | Dividend | M | T | | | | | |
| 15. -- Vanguard Inflation-Protected Securities mut. fund | D | Dividend | O | T | Buy (add'l) | 06/13/14 | N | | |
| 16. -- Vanguard PRIMECAP mut. fund | D | Dividend | M | T | Sold (part) | 06/13/14 | N | E | |
| 17. -- Vanguard REIT Index mut. fund | D | Dividend | M | T | Sold (part) | 06/13/14 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ameriprise Brokerage Account (H) | | | | | | | | | |
| 19. -- Ameriprise cash holding account | A | Interest | M | T | | | | | |
| 20. -- Oregon State Dept. of Admin. Services municipal bond | C | Interest | M | T | | | | | |
| 21. -- Active Portfolio Multi Manager Value Class A mut. fund | D | Dividend | M | T | Buy | 01/23/14 | L | | |
| 22. | | | | | Sold (part) | 04/15/14 | J | A | |
| 23. | | | | | Sold (part) | 07/10/14 | J | A | |
| 24. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 25. -- Blackrock High Yield Bond Investor Class A mut. fund | B | Dividend | | | Sold | 07/10/14 | K | B | |
| 26. -- Columbia Equity Value Class A mut. fund | | | | | Sold | 01/23/14 | L | E | |
| 27. -- Columbia Large Growth Quantitative Class A mut. fund | D | Dividend | M | T | Sold (part) | 01/23/14 | J | A | |
| 28. | | | | | Buy (add'l) | 04/15/14 | J | | |
| 29. | | | | | Sold (part) | 07/10/14 | J | A | |
| 30. -- Columbia Select Large Cap Growth Class A mut. fund | E | Dividend | M | T | Sold (part) | 01/23/14 | J | C | |
| 31. | | | | | Buy (add'l) | 04/15/14 | J | | |
| 32. | | | | | Sold (part) | 07/10/14 | J | A | |
| 33. | | | | | Sold (part) | 10/20/14 | J | A | |
| 34. -- Columbia Small Cap Core Class A mut. fund | C | Dividend | L | T | Buy (add'l) | 04/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 36. -- Deutsche Global Real Estate Sec. Class A mut. fund (X) (Part VIII) | B | Dividend | K | T | Buy (add'l) | 01/23/14 | J | | |
| 37. | | | | | Sold (part) | 04/15/14 | J | A | |
| 38. -- Goldman Sachs Commodity Strategy Class A mut. fund | | | | | Sold | 04/15/14 | K | B | |
| 39. -- Goldman Sachs Mid Cap Value Class A mut. fund | | | | | Sold (part) | 01/23/14 | J | A | |
| 40. | | | | | Sold (part) | 07/10/14 | J | A | |
| 41. | | | | | Sold | 10/20/14 | K | D | |
| 42. -- JPMorgan Strategic Income Opptys Class A mut. fund | A | Dividend | K | T | Buy (add'l) | 07/10/14 | J | | |
| 43. | | | | | Sold (part) | 10/20/14 | J | A | |
| 44. -- MFS Emerging Markets Debt Class A mut. fund | B | Dividend | K | T | Buy (add'l) | 01/23/14 | J | | |
| 45. | | | | | Sold (part) | 04/15/14 | J | A | |
| 46. -- MFS International Value Class A mut. fund | B | Dividend | L | T | Buy (add'l) | 01/23/14 | J | | |
| 47. | | | | | Buy (add'l) | 04/15/14 | J | | |
| 48. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 49. -- MFS Value Class A mut. fund | D | Dividend | M | T | Sold (part) | 01/23/14 | J | A | |
| 50. | | | | | Sold (part) | 07/10/14 | J | A | |
| 51. | | | | | Buy (add'l) | 10/20/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Oppenheimer International Growth Class A mut. fund | A | Dividend | L | T | Buy (add'l) | 01/24/14 | J | | |
| 53. | | | | | Buy (add'l) | 04/15/14 | J | | |
| 54. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 55. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 56. -- Prudential Jennison Mid Cap Growth Class A mut. fund | C | Dividend | K | T | Buy (add'l) | 04/15/14 | J | | |
| 57. -- Wells Fargo Advantage Emerging Mkts Equity Class A mut. fund | A | Dividend | L | T | Buy (add'l) | 01/23/14 | K | | |
| 58. | | | | | Sold (part) | 04/15/14 | J | A | |
| 59. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 60. -- Wells Fargo Advantage Municipal Bond Class A mut. fund (Part VIII) | C | Dividend | L | T | Sold (part) | 01/23/14 | J | A | |
| 61. | | | | | Sold (part) | 04/15/14 | J | A | |
| 62. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 63. | | | | | Sold (part) | 10/20/14 | J | A | |
| 64. -- Wells Fargo Advantage Short Term Municipal Bond Class A mut. fund | A | Dividend | K | T | Buy (add'l) | 01/23/14 | J | | |
| 65. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 66. | | | | | Sold (part) | 10/20/14 | J | A | |
| 67. -- Wells Fargo Advantage Special Mid Cap Value Class A mut. fund | C | Dividend | K | T | Buy | 10/20/14 | K | | |
| 68. -- Western Asset Interm. Term Municipal Class A mut. fund | C | Dividend | M | T | Sold (part) | 01/23/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/15/14 | J | A | |
| 70. | | | | | Buy (add'l) | 07/10/14 | K | | |
| 71. | | | | | Sold (part) | 10/20/14 | J | A | |
| 72. -- Franklin Templeton Growth Allocation Class A mut. fund | A | Dividend | K | T | Sold (part) | 06/05/14 | K | D | |
| 73. -- Van Eck International Investors Gold Class A mut. fund | | | | | Sold | 06/05/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part I, line 3 and Part VII, Line 5.  Innsmouth Partners, L.L.C. is a movie production company based in Hillsboro, OR.  It holds no investments.  My wife and I own a minority interest and exercise no control or managerial responsibility.

2. Part VII, Line 6.  On December 22, 2014, the Bonamici for Congress campaign made a partial repayment in the amount of $50,000 to my spouse on her personal loan to the campaign.

3. Part VII, Line 36.  Mutual fund name change only.  On August 8, 2014, the DWS RREEF Global Real Estate Securities mutual fund (listed on 2013 Amended Report, Part VII, Line 33) changed its name to Deutsche Global Real Estate Securities mutual fund.

4. Part VII, Line 60. Correction to name of mutual fund only. The word "Bond" has been added after "Municipal" to the name of this fund (listed on 2013 Amended Report, Part VII, Line 56).

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/06/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael H. Simon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544